Edwin M. Kealey, Plaintiff-Respondent, v. Estate of Thomas Carey, et al., Defendants-Petitioners.

Gen. No. 48,474.

First District, First Division.

March 12, 1962.

Brooks and Gordon, of Chicago (Jerome M. Brooks, of counsel), for appellants; No brief was filed by plaintiff-appellee. Opinion by MR. JUSTICE BURMAN. Not to be published in full.